# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

LYNNE MICHELLE HENNEY,

           Plaintiff,

    v.

STATE FARM GENERAL INSURANCE COMPANY; and DOES 1-10,

          Defendant.

Case No. 2:21-cv-01452-SPG-KS

**JUDGMENT**

-1-

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Defendant State Farm General Insurance Company on all claims in Plaintiff Lynne Michelle Henney's First Amended Complaint.

**IT IS SO ORDERED.**

DATED: May 1, 2026

_____
HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE